

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                    )<br>              Plaintiff,            )<br>                                    )<br>         v.                         )<br>                                    )<br> ALEJANDRO RODRIGUEZ-AGUILERA,      )<br>                                    )<br>              Defendant.            )<br>_____) | Criminal Case No. 08CR2188-H<br><br>I N F O R M A T I O N<br><br>Title 18, U.S.C., Sec. 1544 -<br>Misuse of Passport (Felony) |

The United States Attorney charges:

On or about June 4, 2008, within the Southern District of California, defendant ALEJANDRO RODRIGUEZ-AGUILERA, did willfully and knowingly use passport number 038851287, issued under the authority of the United States, to Eduardo Ruvalcaba, a person other than the defendant, to gain entry into the United States at the San Ysidro Port of Entry; in violation of Title 18, United States Code, Section 1544.

DATED: June 30, 2008.

KAREN P. HEWITT
UNITED STATES ATTORNEY

JAMES P. MELENDRES
Assistant U.S. Attorney

JPME:pcf
6/13/08