22

AO 455(Rev. 5/85) Waiver of Indictment

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
JUN 3 0 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | |
| ALEJANDRO RODRIGUEZ-AGUILERA | CASE NUMBER: 08CR 2188-H |

I, ALEJANDRO RODRIGUEZ-AGUILERA, the above named defendant, who is accused of

Title 18, U.S.C., Sec. 1544 - Misuse of a Passport

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 06/30/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
ALEJANDRO RODRIGUEZ-AGUILERA
Defendant

_____
ERICK GUZMAN
Counsel for Defendant

Before _____
JUDICIAL OFFICER